| | |
|---|---|
| **Law Offices of Avrum J. Rosen, PLLC** | **Hearing Date:** **March 6, 2024** |
| 38 New Street | **Hearing Time:** **10:00 a.m.** |
| Huntington, New York 11743 | |
| (631) 423-8527 | |
| Avrum J. Rosen, Esq. | |
| Alex E. Tsionis, Esq. | |

*Proposed Attorneys for Borohub Gardens LLC,*
*Debtor and Debtor in Possession*

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:                                                                              Chapter 11

      BOROHUB GARDENS LLC,                          Case No. 23-44469-jmm

                              Debtor.
-----------------------------------------------------------x

**NOTICE OF MOTION FOR LEAVE TO EMPLOY THE LAW OFFICES
OF AVRUM J. ROSEN, PLLC AS ATTORNEYS FOR THE DEBTOR
AND DEBTOR IN POSSESSION, EFFECTIVE AS OF JANUARY 26, 2024,
AND TO PERMIT THE PAYMENT OF A POST-PETITION RETAINER**

      **PLEASE TAKE NOTICE**, that a hearing before the Honorable Jil Mazer-Marino, United States Bankruptcy Judge, United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York 11201-1800 shall be held on **March 6, 2024** **at 10:30 a.m.** on the motion filed by Borohub Gardens LLC, ("Debtor") seeking the entry of an order retaining the Law Offices of Avrum J. Rosen, PLLC ("AJR"), as attorneys for the Debtor, effective as of January 26, 2024, under sections 105, 327 and 328 of Title 11 of the United States Code (the "Bankruptcy Code"), Rule 2014 of the Federal Rules of Bankruptcy Procedure, and the E.D.N.Y. Local Bankruptcy Rules, and to permit the payment of a post-petition retainer by the Debtor in the amount of $20,000.00. In the support of the Application (the "Motion").

      **PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Motion must be in writing and filed with the Bankruptcy Court by **February 28, 2024** (the "Objection Deadline") through the Court's electronic filing system. Instructions for electronically filing an objection can

1

be found at www.nyeb.uscourts.gov. A copy of the objection must also be mailed, so as to be received by the Objection Deadline, to: (i) the Law Offices of Avrum J. Rosen, PLLC, 38 New Street, Huntington, New York 11743, Attn: Alex E. Tsionis, Esq.; and (ii) the Office of the United States Trustee, Alexander Hamilton Custom House, One Bowling Green, Room 510, New York, New York 10004, Attn: Jeremy S. Sussman, Esq.

**PLEASE TAKE FURTHER NOTICE**, that the hearing shall not be held in person but shall be held telephonically or by video. Those intending to appear at the hearing must register with eCourt Appearances no later than two days prior to the hearing. The phone number or video link for the hearing will be emailed to those that register with eCourt Appearances in advance of the hearing. Instructions for registering with eCourt Appearances can be found at https://www.nyeb.uscourts.gov/node/2126. If you do not have internet access or are otherwise unable to register with eCourt Appearances, you may call or email Judge Mazer-Marino's courtroom deputy for instructions at (347) 394-1844, JMM_Hearings@nyeb.uscourts.gov.

**PLEASE TAKE FURTHER NOTICE**, that the hearing on the Motion may be adjourned without notice other than an announcement in open Court.

Dated: February 7, 2024  
       Huntington, New York

Respectfully submitted,

**Law Offices of Avrum J. Rosen, PLLC**

By:    */s/ Alex E. Tsionis*  
       Alex E. Tsionis, Esq.  
       38 New Street  
       Huntington, New York 11743  
       (631) 423-8527  
       atsionis@ajrlawny.com

*Proposed Attorneys for Borohub Gardens LLC,*  
*Debtor and Debtor in Possession*