UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------x
In re:                                                              Chapter 11

     BOROHUB GARDENS LLC,                          Case No. 23-44469-jmm

                        Debtor.
----------------------------------------------------------x

### ORDER GRANTING THE APPLICATION FOR LEAVE TO EMPLOY THE LAW OFFICES OF AVRUM J. ROSEN, PLLC AS ATTORNEYS FOR THE DEBTOR AND DEBTOR IN POSSESSION, EFFECTIVE AS OF JANUARY 26, 2024, <u>AND TO PERMIT THE PAYMENT OF A POST-PETITION RETAINER</u>

UPON the application [Dkt. No. 21] (the "<u>Application</u>") of Borohub Gardens LLC, the debtor and debtor in possession (the "<u>Debtor</u>"), for entry an order, pursuant to section 327(a) of title 11 of the United States Code (the "<u>Bankruptcy Code</u>") and Rules 2014 and 2016(b) of the Federal Rules of Bankruptcy Procedure, authorizing the employment the Law Offices of Avrum J. Rosen, PLLC (the "<u>Firm</u>"), as attorneys for the Debtor effective as of January 26, 2024; and upon the statement, declaration or affidavit of affidavit of Avrum J. Rosen, Esq., sworn to on the 6th day of February, 2024 (the "<u>Rosen Affidavit</u>"); and it appearing that Avrum J. Rosen Esq., is a "disinterested person" within the meaning of sections 101(14) and 327 of the Bankruptcy Code and does not hold or represent any interest adverse to the Debtor's estate; and this matter having come before the Court on **May 8, 2024 (JMM)**; and this Court having determined that employment of the Firm by the Debtor is in the best interests of the Debtor, its estate and its creditors; and adequate notice of the Application having been given; and after due deliberation and sufficient cause appearing therefor; it is hereby

**ORDERED**, that pursuant to section 327(a) of the Bankruptcy Code and Rule 2014 of the Federal Rules of Bankruptcy Procedure (the "<u>Bankruptcy Rules</u>"), the Debtor is authorized to employ and retain the Law Offices of Avrum J. Rosen, PLLC as its counsel, effective as of January

26, 2024, on the terms and conditions set forth in the Application and in the Rosen Affidavit; and it is further

**ORDERED**, that to the extent the Application or the Rosen Affidavit is inconsistent with this Order, the terms of this Order shall govern; and it is further

**ORDERED**, that the Law Offices of Avrum J. Rosen, PLLC shall be compensated for fees and reimbursed for reasonable and necessary expenses and shall file interim and final fee applications, subject to notice and a hearing, for allowance of its compensation and expenses pursuant to sections 330 and 331 of the Bankruptcy Code and in accordance with the Bankruptcy Rules and Guidelines for Fees and Disbursements for Professionals in the Eastern District of New York; and it is further

**ORDERED**, that prior to any increases in the Law Offices of Avrum J. Rosen, PLLC's rates, the Law Offices of Avrum J. Rosen, PLLC shall file a supplemental affidavit with the Court and provide ten (10) business days' notice to the Debtor, the United States Trustee and any official committee, which supplemental affidavit shall explain the basis for the requested rate increases in accordance with section 330(a)(3)(F) of the Bankruptcy Code and state whether the Debtor has consented to the rate increase. The United States Trustee retains all rights to object to any rate increase on all grounds including, but not limited to, the reasonableness standard provided for in section 330 of the Bankruptcy Code, and all rates and rate increases are subject to review by the Court; and it is further

**ORDERED**, that the Law Offices of Avrum J. Rosen, PLLC shall not share its compensation with any other attorneys; and it is further

**ORDERED**, that the Court may retain jurisdiction to hear and to determine all matters arising from or related to the implementation of this Order.

**NO OBJECTION:**
**WILLIAM K HARRINGTON**
**UNITED STATES TRUSTEE, REGION 2**

By: */s/ Jeremy S. Sussman, Esq.*
    Jeremy S. Sussman
    Trial Attorney
    Office of the United States Trustee
    201 Varick Street, Suite 1006
    New York, New York 10014
    (202) 573-6935

Dated: New York, New York
     May 9, 2024

Dated: May 16, 2024
    Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge